CASE:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STATE OF MICHIGAN,**

(Plaintiff)

OFFICER JOHN CHRISTENSEN
Individually and in his official capacity as a Michigan state trooper

36th District court
STATE OF MICHIGAN
421 MADISON
DETROIT, MICHIGAN 48226-2358

**Vs**

**Aqeel Mixon**,

(Demandant) (in Propria Persona sui juris)

535 Griswold St. Ste 111-503
Detroit , Michigan [48226-3673]
a.mixon@yahoo.com

APRIL 12, 2021


Removal from : 36th district court 421 Madison st  Detroit, Michigan  48226

Initial lower court case numbers  SX36413751 ST, # SX36413752 SI, # SX36413753 SI



APRIL 12, 2021

c/o  Clerk, c/o  Judge  :

      Enclosed find Demandants NOTICE OF REMOVAL, NOTICE OF REMOVAL, WRIT OF CERTIORARI, WRIT OF ERROR, WRIT OF QUO WARRANTO, ORDER TO SHOW CAUSE, WRIT OF STARE DECISIS, DEMAND FOR RECUSAL, NOTICE OF SPECIAL APPEARANCE, DAMAND for subpoena duces tecum attached with response and counterclaim to plaintiffs complaint(s). Please file in your same usual manner.

Thank you for your assistance.



                Very truly yours,
                Aqeel Mixon

This is an original action removed from 36th District court in Detroit Michigan city of Wayne county.   Criminal cases   SX36413751 ST,   SX36413752 SI,    SX36413753 SI This is not an appeal (though a voided ruling is on the record for my alleged failure to appear) but a NOTICE OF REMOVAL, CONSTITUTIONAL CHALLENGE, WRIT OF CERTIORARI, WRIT OF ERROR, WRIT OF QUO WARRANTO, ORDER TO SHOW CAUSE, WRIT OF STARE DECISIS, DEMAND FOR RECUSAL, NOTICE OF SPECIAL APPEARANCE, DEMAND FOR SUBPOENA DUCES TECUM **attached with response and counterclaim to plaintiffs complaint(s). These action are brought because Demandant cannot get a fair trial and pursuant to a rule 5.1 which state the attorney general must answer only pursuant to** Rule 5.1. Constitutional Challenge to a Statute  **(a) Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:**

(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:

(A) a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity; or (B) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and **(2) serve the notice and paper on the Attorney General of the United States if a federal statute is questioned**—or on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.

(b) Certification by the Court. The court must, under 28 U.S.C. §2403, certify to the appropriate attorney general that a statute has been questioned. (c) Intervention; Final Decision on the Merits. Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.


**Demandant has a constitutional right to a fair trial but the supreme court pursuant to *ARTICLE VI PARAGRAPH 2 OF U.S CONSTITUTION* which states**

*"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States"*.

## I.  NOTICE OF REMOVAL

TAKE NOTICE OF THIS CASE NOW BEING MOVED TO SUPREME COURT OF MICHIGAN DUE TO PARTIAL ACTIONS OF JUDGE WAGNER AND ROBERTA ARCHER ASSAULTING DEMANDANT, VIOLATING THERE OATHS TO UPHOLD THE CONSTITUTION(S). VIOLATING DUE PROCESS AND THREATING TO ARREST DEMANDANT THROUGHOUT  THE COURT PROCEEDINGS AS WELL AS VIOLATING THE MODEL CODES of JUDICIAL CANON 2. Mr. Wagner and Roberta Archer violated the 1835 constitution which clearly states *(**Attainder, ex post facto, impairment of contract**). 17. No bill of attainder, ex post facto law, or law impairing the obligation of contracts, shall be passed.  (**Excessive bail, fines, punishments**).18. Excessive bail shall not be required; excessive fines shall not be imposed; and cruel and unjust punishments shall not be inflicted. (**Freedom of speech and press**.) 7. Every person may freely speak, write, and publish his sentiments on all subjects, being responsible for the abuse of that right; and no law shall be passed to restrain or abridge the liberty of speech or of the press. In all prosecutions or indictments for libels, the truth may be given in evidence to the jury; and if it shall appear to the jury that the matter charged as libelous is true, and was published with good motives and for justifiable ends, the party shall be acquitted; and the jury shall have the right to determine the law and the fact*. Other violations committee by both judges are as follows below

## Model Code of Judicial Conduct: Canon 2

Rule 1.2: Promoting Confidence in the Judiciary

*A judge shall act at all times in a manner that promotes public confidence in the independence,\* integrity,\* and impartiality\* of the judiciary, and shall avoid impropriety and the appearance of impropriety.*

*(B) A judge shall be patient, **dignified**, and **courteous** to litigants, jurors, witnesses, lawyers, court staff, court officials, **and others with whom the judge deals in an official capacity**, and shall require similar conduct of lawyers, court staff, court officials, and others subject to the judge's direction and control.*

*(A) A judge shall perform the duties of judicial office, including administrative duties, without bias or prejudice.*

*(B) A judge shall not, in the performance of judicial duties, by words or conduct manifest bias or prejudice, or engage in harassment, including but not limited to bias, prejudice, or harassment based upon race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation, and shall not permit court staff, court officials, or others subject to the judge's direction and control to do so.*

*28 U.S  code § 454. Practice of law by justices and judges*

*Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a **high misdemeanor**.*

*(June 25, 1948, ch. 646, 62 Stat. 908.)*

## MCR  2.003 Disqualification of Judge

*(A) Applicability. This rule applies to all judges, including justices of the Michigan Supreme Court, unless a specific provision is stated to apply only to judges of a certain court. The word "judge" includes a justice of the Michigan Supreme Court. (B) Who May Raise. A party may raise the issue of a judge's disqualification by motion or the judge may raise it. (C) Grounds. (1) Disqualification of a judge is warranted for reasons that include, but are not*

*limited to, the following:  (a) The judge is biased or prejudiced for or against a party or attorney. (b) The judge, based on objective and reasonable perceptions, has either (i) a serious risk of actual bias impacting the due process rights of a party as enunciated in Caperton v Massey, [556 US 868]; 129 S Ct 2252; 173 L Ed 2d 1208 (2009), or (ii) has failed to adhere to the appearance of impropriety standard set forth in Canon 2 of the Michigan Code of Judicial Conduct. (f) The judge knows that he or she, individually or as a fiduciary, or the judge's spouse, parent or child wherever residing, or any other member of the judge's family residing in the judge's household, has more than a de minimis economic interest in the subject matter in controversy that could be substantially impacted by the proceeding. (i) is a party to the proceeding, or an officer, director, or trustee of a party; (ii) is acting as a lawyer in the proceeding; (iii) is known by the judge to have a more than de minimis interest that could be substantially affected by the proceeding;*

## Model Code of Judicial Conduct: *Canon 2*

### rule 2.3  Bias, Prejudice, and Harassment

(A) A judge shall perform the duties of judicial office, including administrative duties, without bias or prejudice. (B) A judge shall not, in the performance of judicial duties, by words or conduct manifest bias or prejudice, or engage in harassment, including but not limited to bias, prejudice, or harassment based upon race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation, and shall not permit court staff, court officials, or others subject to the judge's direction and control to do so. (C) A judge shall require lawyers in proceedings before the court to refrain from manifesting bias or prejudice, or engaging in harassment, based upon attributes including but not limited to race, sex, gender, religion, national origin, ethnicity, disability, age, sexual orientation, marital status, socioeconomic status, or political affiliation, against parties, witnesses, lawyers, or others.

## Model Code of Judicial Conduct: Canon 2

### Rule 2.6: Ensuring the Right to Be Heard

*(A) A judge shall accord to every person who has a legal interest in a proceeding, or that person's lawyer, the right to be heard according to law.\* (B) A judge may encourage parties*

6

*to a proceeding and their lawyers to settle matters in dispute but shall not act in a manner that coerces any party into settlement.*

## **Model Code of Judicial Conduct: Canon 2**

Rule 2.10: Judicial Statements on Pending and Impending Cases

*(A) A judge shall not make any public statement that might reasonably be expected to **affect the outcome or impair the fairness of a matter pending\* or impending\* in any court, or make any nonpublic statement that might substantially interfere with a fair trial or hearing.** (B) A judge shall not, in connection with cases, controversies, or issues that are likely to come before the court, make pledges, promises, or commitments that are inconsistent with the impartial\* performance of the adjudicative duties of judicial office.(C) A judge shall **require court staff, court officials**, and others subject to the judge's direction and control to refrain from making statements that the judge would be prohibited from making by paragraphs (A) and (B).*

### *28 U.S. Code § 455.Disqualification of justice, judge, or magistrate judge*

*(a) Any justice, judge, or magistrate <u>judge of the United States</u> shall disqualify himself in any <u>proceeding</u> in which his impartiality might reasonably be questioned.*
*(b)He shall also disqualify himself in the following circumstances:*
*(1) Where he has a **personal bias** or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the <u>proceeding</u>;*
*(4) He knows that he, individually or as a <u>fiduciary</u>, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the <u>proceeding</u>, or any other interest that could be substantially affected by the outcome of the <u>proceeding</u>.*

Michael Wagner  and Roberta Archer are Bias Judges and its IMPOSSIBLE for ANY demandant to get a fair trial in AMERICA without the (U.S)when a Judge operates for his own personal interests, also by disregarding the law. Michael Wagner  and Roberta Archer intentionally purported to have jurisdiction over defendant during the entire pre-trial conference,  even though defendant asserted that neither the courts and or Judge Wagner had jurisdiction and must prove jurisdiction once challenged.  ==*Jurisdiction, once challenged, is to be proven, by the party attempting to assert jurisdiction. The burden of proof of jurisdiction*==

*lies with the asserter.* The court is only to rule on the sufficiency of the proof tendered. Please see U. S. Supreme Court ruling  see (United States v. Hudson, 11 U.S. 7 Cranch 32 32 (1812)) Standing *A threshold concern for all federal courts is the presence, or absence, of constitutional <u>standing</u>. The standing requirement, as governed by <u>Article III</u> of the Constitution, permits federal courts to adjudicate only cases or controversies. A <u>case or controversy</u> must comprise an actual injury that can be redressed. See <u>Lujan v. Defenders of Wildlife</u> at p559. Subject-matter jurisdiction does not exist in the absence of constitutional standing. This restriction prevents courts—whose members are not elected and are therefore not politically accountable—from influencing the law in a legislative capacity. In this sense, the standing doctrine and subject-matter jurisdiction facilitate the separation of powers. (see case law) WILLIAMS v. PENNSYLVANIA in the SUPREME COURT OF THE UNITED STATES held that The Court applies an objective standard that requires recusal when the likelihood of bias on the part of the judge "is too high to be constitutionally tolerable." Caperton v. A. T. Massey Coal Co., 556 U. S. 868, 872. A constitutionally intolerable probability of bias exists when the same person serves as both accuser and adjudicator in a case. See In re Murchison, 349 U. S. 133, 136–137. No attorney is more integral to the accusatory process than a prosecutor who participates in a major adversary decision.*

## II.   <u>SPECIAL APPEARANCE</u>

Proof of special appearance on record  TRACKING NUMBER **70183090000105999379**

Demandant filed appearance special appearance by us certified postal mail on April 7, 2020 at 10:27 am

<u>Aqeel of the Mixon family made and will always make a SPECIAL APPEARANCE ONLY Pursuant to  MCR Rule 2.117 Appearances (A) Appearance by Party. (1) A party may appear in an action by filing a notice to that effect or by physically appearing before the court for that purpose. In the latter event, the party must promptly file a written appearance and serve it on all persons entitled to service. The party's address and telephone number must be included in the appearance. (2) Filing an appearance without taking any other action toward prosecution or defense of the action neither confers nor enlarges the jurisdiction of the court</u>

over the party. An appearance entitles a party to receive copies of all pleadings and papers as provided by MCR 2.107(A). In all other respects, the party is treated as if the appearance had not been filed *Prosecutors are not granted absolute immunity from suits for committing violations of pre-existing constitutional disclosure requirements,*
***IMBLER v PACHTMAN, DISTRICT ATTORNEY* 424 U.S.C 409 (1976)**

### III.   NOW HERECOMES DEMANDANTS WRIT OF ERROR

BOTH So called Judge(s) Roberta Archer and Michael Wagner committed perjury on two occasions and ruled in error.

Crimes committed by Archer as follows below

A.) Practicing law from the bench by interrogating/prosecuting demandant when a prosecutor was absent to do so.

B.) Being partial towards demandant.

C.) Operating under a color of law

D.) Holding a court Proceeding in session after demandant previously challenged jurisdiction.

E.) Pretending to hold a seat in public office as an elected official.

F.) Mocking and laughing at demandant in court about how demandant made a special appearance and challenged jurisdiction.

G.) Violating the Model Code(S) of Judicial Conduct: canon 2

H.) Refusing to be courteous, dignified and patient with demandant.

I.) Ruling in error by proceeding to prosecute demandant , which is known as practicing law from the bench and being "PARTIAL".

J.) Violating demandants constitutional rights of due process.

K.) Failure to prove jurisdiction over demandant once challenged, when NO material evidence was or ever could be produced.

L.) Being a "B.A.R Member " which is still being partial.

M.) Disregarding evidence on record of demandants ***"Special appearance".*** *Pursuant to MCR Rule 2.117 Appearances* (A) Appearance by Party. A. ***(1) A party may appear in an action by filing a notice to that effect*** *or by physically appearing before the court for that purpose. In the latter event, the party must promptly file a written*

N.) Disregarding Demandants enforcement of common law and constitutions pursuant to *Rule 202 Judicial Notice of Law  (a) When discretionary. A court may take judicial notice without request by a party of (1)* **the common law**, **constitutions**, *and public statutes in force in every state, territory, and jurisdiction of the United States;* Judge Roberta archer intentionally ruled in error when threatening demandant by way of coercion, to make a plea of guilty or not guilty before proving jurisdiction over an heir and fully sovereign man. Roberta archer then explicitly expressed how she would enter a default judgement on demandant after making a special appearance on record. Archer then forced demandant to leave the room , waited for everyone to clear the room , only to forced demandant back into the courtroom and expressed how she ruled in error without dismissing the so-called case. Archer prosecuted demandant as if he was on trial as a criminal. See **exhibit A** for proof of mailing and **exhibit B** for proof of error and fraud committed on the record by Both Judges Archer and Wagner. **exhibit C** shows proof demandant was blocked and kicked via zoom court proceeding.

## IV.   WRIT OF CERTIORARI/CHALLENGE OF PERSONAL AND SUBJECT MATTER JURISDICTION

The nature of Demandants extra-ordinary writ is pursuant Title 28 U.S. CODE § 1651

*(a) The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the*

10

*usages and principles of law. **(b)** An alternative writ or rule nisi may be issued by a justice or judge of a court which has jurisdiction.*

Both judges stated on record that demandant made no appearance, when in fact demandant has witnesses in court which he will subpoena such as  Prosecutor Sydney,  Prosecutor Buchanan, Defense attorney Jabari Prempeh (In house Counsel). These public officers named herein ae all public servants and did not report this judicial misconduct on neither occasions with reference to both judges committing perjury by stating demandant failed appear physically and or in writing. Both judges proceeded to prosecute which is a violation of "Due Process." Demandant without subject matter jurisdiction  or personal jurisdiction.

***Jurisdiction, once challenged, is to be proven, by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter.*** The court is only to rule on the sufficiency of the proof tendered. Please see U. S. Supreme Court ruling  see (United States v. Hudson, 11 U.S. 7 Cranch 32 32 (1812)).   [*T]here is no time limit on an attack on a judgment as void." 11 C. Wright & A. Miller, Federal Practice and Procedure § 2862, at 197 (1973). A judgment is void where the state in which the judgment was rendered has no jurisdiction to subject the parties or the subject matter to its control, or where the defendant was not given proper notice of the action and opportunity to be heard, or where the judgment was not rendered by a duly constituted court with competency to render it, or where there was a failure to comply with such requirements as are necessary for the valid exercise of power by the court. Holt v. Powell, 420 P.2d 468, 471 (Alaska 1966) (footnotes omitted). See also Aguchak v. Montgomery Ward Co., 520 P.2d 1352, 1354 (Alaska 1974) (judgment void if court lacked personal jurisdiction over defendant or if court acted in a manner inconsistent with due process of law).*

## V.     BACKGROUND/FACTS

A. Demandant somehow received a summons to appear in court for a U.S traffic citation for no driver's license, no insurance and speeding mailed by "STATE OF MICHIGAN" . No plaintiff was on the summons, not even the officer was named as the plaintiff. Demandant mailed in "special appearance" on the records along with multiple writs , a definite countersuit and challenged jurisdiction. Demandant mailed

first notice to plaintiff at the 36th district court on <u>December 19, 2019 at 2:31 pm</u> <u>DETROIT, MI 48226 Tracking # **70192280000104124201** </u>No response was received by plaintiff because one does not exist**.**

B.  Demandant mailed a second notice of fault and opportunity to cure, demand for records to be produced from court proceedings to both court reporters Betty Massy and F. Coleman Jordan to demandant attached with response and countersuit to plaintiff attached with a writ of error, demand for recusal and many others writs mailed to plaintiff and chief judge William c. McConico at the 36th district court on <u>April 7, 2020 at 10:27 am DETROIT, MI 48226 Tracking #  **70183090000105999379**</u> No response was returned to demandant as expected.


**"STATE OF MICHIGAN" is no existent to a living man. "STATE OF MICHIGAN" is a corporate entity registered as a business with a duns and Bradstreet number 054698428.  "CITY OF DETROIT" is a corporate entity registered as a business with a duns and Bradstreet number 021733631.**

Judges have to abide the law pursuant to **28 U.S. Code § 453.Oaths of justices and judges** *Each justice or shall take following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice **without respect to persons** ,and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the* **United States** *So help me God."*

*"The state has the burden of proving each element of the crime charged beyond reasonable doubt".* Apprendi v New Jersey, 530 U.S.466,471,120 S.Ct. 2348, 147 L.Ed. 2d 435 (2000) **.** **DRIVER** *means one employed in conducting a coach, carriage, wagon, or other vehicle .....* Bouvier's law dictionary, 1914 pg. 940 ***MOTOR VEHICLE*** *pursuant to TITLE 18 USC 31"* Obviously states the definition as follows*" every description of carriage or other contrivance propelled or drawn by mechanical and power and used for* **COMMERCIAL PURPOSES** *on the highways in the transportation of passengers, passengers and property, or property or cargo;"* "All **persons** *born or naturalized in the* **United States** *and* **subject to the jurisdiction thereof**, *are* **citizens of the United States and of the State wherein they reside**. *No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the*

*United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws".* Demandant was not born in the U.S corporation, nor does Demandant live in the U.S which stands for UNITED STATES which is a debtor as defined below READ UNIFORM COMMERCIAL CODE as follows-  Uniform Commercial code definitions  § 9-307. LOCATION OF DEBTOR. *(a) ["Place of business."]*

*In this section, "place of business" means a place where a debtor conducts its affairs.* **(h) [Location of United States.]** *The United States is located in the District of Columbia.*

## VI.   DEMAND FOR SUBPOENA DUCES TECUM

NOW COMES DEMANDANTS demand for discovery pursuant to Michigan court Rule 6.201 Discovery (A) *Mandatory Disclosure. In addition to disclosures required by provisions of law other than MCL 767.94a, a party upon request must provide all other parties…*

Defendant demands a copy of any **video footage** including but limited to **any Documents written, reported, recorded**, or graphic matter however produced or reproduced, now or at any time in you possession, custody, or control. Including, but not limited to, all letters, correspondence, telegrams, telephone records and notations, newsletters, articles, newspaper clippings, instructions, reports, calendar or diary entries, schedules, memoranda, analyses, statistical data, agreements, notes, records of , meetings, conferences, or other conversations or communications, contracts, intra-corporate drafts of the foregoing items, computer databases, both electronic and printouts, data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form, voice recordings, and all copies or reproductions of the foregoing upon which notations have been made which do appear on the originals used against defendant in the current case(s).

Title 28 USC 1783

**§ 1784. Contempt**  If  the demands are not met by courts and demandant

(a) The court of the United States which has issued a subpoena served in a foreign country may order the person who has failed to appear or who has failed to produce a document or

other thing as directed therein to show cause before it at a designated time why he should not be punished for contempt. (b) The court, in the order to show cause, may direct that any of the person's property within the United States be **levied upon or seized**, in the manner provided by law or court rules governing levy or seizure under execution, and held to satisfy any judgment that may be rendered against him pursuant to subsection (d) of this section if adequate security, in such amount as the court may direct in the order, be given for any damage that he might suffer should he not be found in contempt. Security under this subsection may not be required of the United States.

Demandant Demands the 36th district court and plaintiffs to specifically provide demandant the dash cam footage of OFFICER JOHN CHRISTENSEN pulling over demandant. Demandant also demands Judge Roberta Archer provide the in court camera footage of the court proceeding during the alleged arraignment of Aqeel Mixon also with a certified copy of the court proceedings. Demandant also demands judge Michael Wagner to provide demandant with a certified copy of all court proceedings and in court video footage pertaining to Aqeel Mixon and Michael Wagner.

Demandant Demands the SUPREME COURT OF MICHIGAN to Subpoena 36th district court and plaintiffs to specifically provide demandant with Prosecutor Sydneys full name and Bar number, Prosecutor Buchanan's full name and Bar number. Both Prosecutors were present on March 5, 2020 in 36th district court.

Demandant Demands SUPREME COURT OF MICHIGAN to Subpoena Jabari Prempeh II (in house counsel defense lawyer) to appear on record and in court with a sworn affidavit of the judicial misconduct witnessed on his behalf in 36th district court via zoom with Aqeel Mixon and Michael Wagner removing Aqeel Mixon from the zoom and blocking him. (if Jabari Prempeh II does not remember the incident which took place then demandant will email him an original footage of the zoom meeting demandant recording by video.)

## VII.   JUDICIAL NOTICE WRIT OF STARE DECISIS & THE SUPREMACY CLAUSE TAKE OF 1835 MICHIGAN CONSTITUTION

PURSUANT TO ARTICLE VI PARAGRAPH 2 OF U.S CONSTITUTION states

*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United*

_States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States._

**In support of the Supremacy Clause , Demandant has the right to use ANY case law, treaty or rule from ANY state AND DATE in support of Demandants case.**

Pursuant to Article VI

_**All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.**_

THEREFOR, EVEN IF defendant did owe any money to the court then the obligation of the debt must be covered by the **U.S**.

BILL OF RIGHTS

**Criminal prosecution; rights of accused.**

10. _"In all criminal prosecutions, the accused shall have the right to a **speedy** and public trial by an **impartial jury** of the vicinage; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; to have the assistance of counsel for his defense, and in all civil cases, in which personal liberty may be involved, the trial by jury shall not be refused"._

**VIII. TAKE JUDICIAL NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTES PURSUANT TO F.R.C.P rule 5.1**

NONE OF THESE STATUTES DON'T APPLY TO A LIVING MAN ONLY A CORPORATE DEBTOR LOCATED IN THE JURISDICTION OF THE U.S.

1. Relief pertaining to F.C.R.P 24a (1) on grounds as follows below
   a. Challenge of the constitutionality for the following statues

M.C.L offense- **257.301**
*Valid operator's or chauffeur's license required; group designation and indorsements; surrender of other valid licenses; notice; number of licenses permitted; certifying non possession of valid license.*

M.C.L – offense **Section 257.628**
*Maximum or minimum speed limit; determination; petition by township board; modified speed limit; public record of traffic control order; speed limit signs, signals, or devices; violation as civil infraction; definitions.*

M.C.L – offense **257.328**
*Producing evidence of motor vehicle insurance upon request of police officer; violation as civil infraction; electronic copy; certificate of insurance as prima facie evidence that insurance in force; contents; presentation of proof of insurance to court; civil infraction determination; surrendering license unless proof of insurance submitted to court; suspension of license by secretary of state; order; fee; renewal, transfer, or replacement of registration plate; producing false evidence as misdemeanor; penalty; points; section inapplicable to owner or operator of motor vehicle registered in other state or foreign country or province.*

## IX.   DEMAND FOR RELIEF

Demandants counterclaim seeks $3,000,000.00 in monetary relief by violation of Demandants constitutional rights, Punitive damages, emotional distress, assault by both judges, want of jurisdiction, mail fraud, extortion, forcing a contract on a natural living man not a corporate person, misclassifying demandant as "Black", a "terrorist", ordering demandant to compel performance without a valid contract signed by demandant knowingly and willingly and attempting to trick the demandant into giving jurisdiction by failing to answer to a corporate name.

$3,000,000. In monetary relief from Officer JOHN CHRISTENSEN acting under a "color of law" as a "privateer" and violating demandants common law right and constitutional rights to travel amongst the public highways freely in ones private conveyance without being pulled over by a policy enforcer.

# EXHIBIT A



# EXHIBIT B

```
|STATE OF MICHIGAN   |                      | CASE NO:  SX36413751 D01 ST |
|36TH JUDICIAL DISTRICT|  REGISTER OF ACTIONS |                             |
|ORI820365J          |                      | STATUS: PEND                |
|                    |                      |                             |
```

```
                              JUDGE OF RECORD: WAGNER,MICHAEL E.,    P-44021
                                       JUDGE: WAGNER,MICHAEL E.,    P-44021
     STATE OF MICHIGAN v
                                              CTN:
          MIXON/AQEEL/                        TCN:
                                              SID:
                                        ENTRY DATE: 12/01/19
                                      OFFENSE DATE: 11/14/19 1215 PM
                                       ARREST DATE:
                              VEHICLE TYPE: PA      VPN: MI DPY3353 19
     DOB: 03/04/1988  SEX: M  RACE: B              CDL: N
     VEH YR: 2017     VEH MAKE: GMC               PAPER PLATE:
```

```
     OFFICER: CHRISTENSEN JOHN           |DEPT: 0029092
                                         |
     PROSECUTOR:                         |
                        TELEGRAPH RD     |
```

```
     CNT: 01 C/M/F: M  452                    PACC#257.301
     DRIVER'S LICENSE--EXPIRED
     ARRAIGNMENT DATE: 01/29/20    PLEA:    PLEA N-GLTY   PLEA DATE: 03/05/20
     FINDINGS:                 DISPOSITION DATE:
     SENTENCING DATE:
          FINE      COST ST.COST    CON    MISC.    REST   TOT FINE    TOT DUE
          0.00      0.00    0.00   0.00   45.00    0.00     45.00      45.00
          JAIL SENTENCE:              PROBATION:
       VEH IMMOB START DATE:         NUMBER OF DAYS:       VEH FORFEITURE:
```

```
     BOND HISTORY:
          1,000.00   PERSONAL   BOND SET
```

```
 DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
 _____

 11/14/19
  1  ORIGINAL CHARGE       DR LIC EXP                                  844
 12/01/19
      FILING DATE           120119                                     844
  1  SCHEDULED FOR ARRAIGNMENT 010720  130P  ARCHER,ROBERTA C.,  P-58996  844
      NOTICE TO APPEAR REQUESTED - ALL PARTIES
                           DR LIC EXP                                  844
 12/02/19
  1  NOTICE TO APPEAR GENERATED
                           DR LIC EXP                                  844
 12/30/19
      MISCELLANEOUS ACTION     ALL COUNTS                              046
      JDG  ARCHER,ROBERTA C.,                             P-58996      046
      REMOVED FROM CALENDAR    010720  130P  ARCHER,ROBERTA C.,  P-58996  046
      SCHEDULED FOR ARRAIGNMENT 012920  130P  ARCHER,ROBERTA C.,  P-58996  046
      NOTICE TO APPEAR GENERATED
                           ALL COUNTS                                  046
 01/29/20
  1  ARRAIGNMENT HELD       DR LIC EXP                                 046
      JDG  ARCHER,ROBERTA C.,                             P-58996      046
      SCHEDULED FOR PRE-TRIAL  030520  835A  WAGNER,MICHAEL E.,  P-44021  952

 NAME: MIXON/AQEEL/                      CASE NO: SX36413751  PAGE   2
```

```
     DATE                    ACTIONS, JUDGMENTS, CASE NOTES              INITIALS
   ─────────────────────────────────────────────────────────────────────────────
         PERSONAL                                                          046
         BOND SET                                      $    1000.00        046
         COURT REPORTER: F. COLEMAN-JORDAN CER/CSR/RPR #3466               046
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  046
   02/29/20
         Reassigned Jdg of Record P-58996 to P-44021                      952
         Reassigned Next Judge P-58996 to P-44021                         952
   03/05/20
      1  PRE-TRIAL HELD        DR LIC EXP                                  044
         JDG  WAGNER,MICHAEL E.,                            P-44021  044
         PLEAD NOT GUILTY                                                  044
         SCHEDULED FOR TRIAL       043020  835A  WAGNER,MICHAEL E.,  P-44021  044
         NOTICE TO APPEAR REQUESTED - ALL PARTIES
                               DR LIC EXP                                  044
         BOND CONTINUED                                                    044
         COURT REPORTER: B. MASSEY CSMR #6918                             044
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  044
         NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  044
   03/06/20
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  044
   04/16/20
         REMOVED FROM CALENDAR      043020  835A  WAGNER,MICHAEL E.,  P-44021  952
         SCHEDULED FOR TRIAL        060420- 835A  WAGNER,MICHAEL E.,  P-44021  952
         NOTICE TO APPEAR FOR DEFENDANT AND ATTORNEY REQUESTED
                               ALL COUNTS                                  952
   04/17/20
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  952
   06/08/20
      1  WARRANT NOTICE GENERATED  DR LIC EXP
   06/11/20
         REMOVED FROM CALENDAR      060420  835A  WAGNER,MICHAEL E.,  P-44021  952
         SCHEDULED FOR TRIAL        082520- 835A  WAGNER,MICHAEL E.,  P-44021  952
         NOTICE TO APPEAR FOR DEFENDANT AND ATTORNEY REQUESTED
                               ALL COUNTS                                  952
   06/12/20
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  952
   08/25/20
      1  MISCELLANEOUS ACTION      DR LIC EXP                             091
         REMOVED FROM CALENDAR      082520  835A  WAGNER,MICHAEL E.,  P-44021  091
         SCHEDULED FOR PRE-TRIAL    011921  835A  WAGNER,MICHAEL E.,  P-44021  091
         BOND CONTINUED                                                    091
         DEFENDANT FAILED TO APPEAR                                        091
         VIRTUAL HEARING SCHEDULED                                         091
      1  NOTICE TO APPEAR GENERATED
                               DR LIC EXP                                  091
   12/16/20
         REQUEST FOR TRANSCRIPT RECEIVED                                   531

   NAME: MIXON/AQEEL/                    CASE NO: SX36413751   PAGE   3
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|--------------------------------|----------|

01/05/21
  1  NOTICE TO APPEAR GENERATED
                              DR LIC EXP                                    091
01/19/21
      REMOVED FROM CALENDAR     011921- 835A  WAGNER,MICHAEL E.,   P-44021  091
      SCHEDULED FOR PRE-TRIAL   012821- 830A  WAGNER,MICHAEL E.,   P-44021  091
      NOTICE TO APPEAR FOR DEFENDANT AND ATTORNEY REQUESTED
                              ALL COUNTS                                    091
01/20/21
  1  NOTICE TO APPEAR GENERATED
                              DR LIC EXP                                    091
01/28/21
      MISCELLANEOUS ACTION      ALL COUNTS                                  091
      JDG  WAGNER,MICHAEL E.,                             P-44021          091
      PERSONAL                                                             091
      BOND SET                                                             091
      DEFENDANT FAILED TO APPEAR                                           091
      NO DOLLAR AMOUNT SET                                                 091
02/01/21
  1  WARRANT NOTICE GENERATED  DR LIC EXP
03/08/21
  1  14 DAY NOTICE GENERATED   DR LIC EXP
03/22/21
  1  DRIVERS LICENSE REINSTATEMENT FEE (SOS)
                              DR LIC EXP          $      25.00
      SOS FEE / JUROR COMPENSATION
                              DR LIC EXP          $      20.00
      FAC/FCJ/FCPV NOTICE GENERATED
                              DR LIC EXP
            ***** END OF REGISTER OF ACTIONS ***** 04/06/21 11:20

# EXHIBIT C



**CERTIFICATE OF SERVICE**

I certify that on the 7th day of APRIL , 2021, the foregoing instrument was served upon Plaintiff in the above cause at their respective address disclosed .

BY:  US Mail and via EMAIL _____ Aqeel Mixon